|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11   UNITED STATES OF AMERICA,      )   Case No. CR 09-00135-RMW
                                    )
12          Plaintiff,              )
         v.                         )   [PROPOSED] ORDER FOR 60-DAY
13                                  )   EXTENSION OF TIME
     MICHAEL DAMAR SHIRLEY,         )
14                                  )   Court:  Hon. Ronald M. Whyte
            Defendant.              )
15                                  )
                                    )
16   _____
```

Good cause appearing, the United States' motion for a 60-day extension of time to file its response to defendant's motion is granted. The United States is hereby ordered to file a response to defendant's motion by : 14614234.  Kp'rki j v'qh'yj ku'gzvgpukqp.'Uj ktrg{)u'o qvkqp'vq'tgswktg c'tgur qpug'ku'f gpkgf 0'

Dated: : 13814234

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER